UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JAMES MICKELSON,

Plaintiff,

v.

ATTORNEY VARRIANO,
ATTORNEY FISHER,
ATTORNEY EDINGER,
LAW FIRM OF STEFANSON,
PLAMBECK & FOSS, and
seven unknown defendants,

Defendants.

Civil No. 02-267 (JRT/SRN)

**ORDER**

Plaintiff, an inmate at the Federal Correctional Institution in Waseca, Minnesota, commenced this action on January 29, 2002, by filing a pleading entitled "Prisoner's Civil Rights Complaint." (Docket No. 1). His complaint was accompanied by a separate submission entitled "Motion In Request For: Action On Behalf Of Another," (Docket No. 2), which asks that someone named Dorman D. Walker be allowed to "act on behalf of Mr. Mickelson (Plaintiff) in this suit of law."

The Clerk's Office has informed the Court that no one by the name of Dorman D. Walker has been admitted to practice law before the United States District Court for the District of Minnesota. Furthermore, there is no evidence of record showing that Dorman D. Walker is a lawyer, or that he has sufficient knowledge of the law to competently represent Plaintiff's legal interests in this matter. Therefore, Dorman D. Walker will not be permitted to represent Plaintiff in this action.

Plaintiff may, of course, consult with, and seek advice from, any person of his choosing. However, Dorman D. Walker shall not attempt to represent Plaintiff, or act or

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

appear on Plaintiff's behalf, during the course of this lawsuit. If he does so, he will run the risk of having his activities brought to the attention of the state bar agency that is responsible for policing the unauthorized practice of law.

Based upon the above, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

The pending "Motion In Request For: Action On Behalf Of Another," (Docket No. 2), is DENIED.

Dated: January 30, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge